

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-20-2002

# Johnson v. Elk Lake Sch Dist

Precedential or Non-Precedential:

Docket 0-1549

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Johnson v. Elk Lake Sch Dist" (2002). *2002 Decisions.* Paper 192.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/192

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 00-1549
_____

BETSY SUE JOHNSON, Appellant

v.

ELK LAKE SCHOOL DISTRICT; WAYNE STEVENS;
CHARLOTTE A. SLOCUM;
SCHOOL BOARD ELK LAKE SCHOOL DISTRICT
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 96-cv-01471)
District Judge: Honorable James F. McClure, Jr.
_____

Argued: September 6, 2001

Before: BECKER, Chief Judge, ALITO and BARRY,
Circuit Judges.

(Opinion filed March 1, 2002)
_____

ORDER AMENDING OPINION
_____

        The slip opinion filed March 1, 2002 in the above case is hereby amended as
follows:

        1.  On page 17, first full paragraph, line 13, add an "s" to the word "text" and
change the word "is" to "are."

        2.  On page 19, footnote 8, fourth line from the bottom, add a period after the word
"etc."

                         BY THE COURT:


                                    /s/ Edward R. Becker
                         Chief Judge

DATED:  March 20, 2002

MEMORANDUM

DATE:     March 18, 2002

TO:       Carolyn Hicks, Case Manager

FROM:     Judge Becker

RE:       Betsy Sue Johnson v. Elk Lake School District
          No. 00-1549
          Opinion filed March 1, 2002


     Please file enclosed Unpublished Order Amending Opinion in the above
captioned case.



                              Sincerely,



                              Edward R. Becker

ERB:afr

     cc:  Judge Alito
     Judge Barry
     Marcy Waldron
     Trish Coleman